January 09, 2009

Ms. Sandra D. Hachem
Harris County Sr Asst Atty
2525 Murworth, Suite 300
Houston, TX 77054

Mr. Douglas Ray York
Pavlas, Brown & York, L.L.P.
3040 Post Oak Blvd Suite 1020
Houston, TX 77056
Honorable John Franklin Phillips
314th District Court
1200 Congress 5th Fl
Houston, TX 77002

RE: Case Number: 08-0524
 Court of Appeals Number: 01-08-00348-CV
 Trial Court Number: 2006-06805J

Style: IN RE DEPARTMENT OF FAMILY & PROTECTIVE SERVICES

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions in
the above-referenced cause. The stay order issued July 3, 2008 is lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Glenn H. Devlin |
| |Ms. Kay Paul Whyburn |
| |Ms. Theresa Chang |
| |Ms. M. Karinne |
| |McCullough |
| |Ms. Alene Ross Levy |